JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA AGUILAR, JULIAN HARO, JUAN MADERA, and RICHARD NUNEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OWENS-BROCKWAY GLASS CONTAINER, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-09403-FLA (AFMx)<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT [DKT. 27]** |

On February 2, 2023, Priscilla Aguilar, Julian Haro, Juan Madera, and Richard Nunez ("Plaintiffs") and Owens-Brockway Glass Container, Inc. ("Defendant) (collectively "the Parties") filed a joint stipulation to remand this action to Los Angeles Superior Court. Dkt. 27. Having reviewed the Stipulation and finding good cause therefor, the court hereby REMANDS the action to Los Angeles Superior Court, Case Number 21STCV33017. The court VACATES all remaining pretrial and trial dates and deadlines. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal and remand of this action.

IT IS SO ORDERED.

Dated: February 3, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge